IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL BROWN,** | : | Civil No. 1:19-CV-00116-SHR |
| **Plaintiff,** | : | |
| v. | : | |
| **PRIORITY HEALTH CARE GROUP, LLC, AND PREMIER AT SUSQUEHANNA FOR NURSING AND REHABILITATION, P.C.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that:

(1) The court **GRANTS** the motion to dismiss (Doc. 12) filed by Defendants Priority Healthcare Group, LLC and Premier at Susquehanna for Nursing and Rehabilitation, P.C. ("Defendants").

(2) Plaintiff April Brown's ("Plaintiff) retaliation and interference claims are therefore **DISMISSED WITHOUT PREJUDICE**.

(3) The court further **GRANTS** Plaintiff leave to replead its retaliation claim. Plaintiff has twenty-one days from entry of this order to amend her complaint. Should Plaintiff not file an amended complaint within twenty-one days, this order shall convert to a dismissal with prejudice.

(4) By dismissing all causes of action against Defendants, their motion to stay proceedings (Doc. 22) is therefore rendered **MOOT** and is thus denied.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: October 1, 2019.