IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL BROWN,** | : | Civil No. 1:19-CV-00116-SHR |
| **Plaintiff,** | : | |
| v. | : | |
| **PRIORITY HEALTH CARE GROUP, LLC, AND PREMIER AT SUSQUEHANNA FOR NURSING AND REHABILITATION, P.C.,** | : | |
| **Defendant.** | : | Judge Sylvia H. Rambo |

## O R D E R

On October 1, 2019, this court entered an order dismissing Plaintiff's claims with twenty-one days leave to replead, advising the parties that, if no amended complaint was filed, the "order shall convert to a dismissal with prejudice." (Doc. 25.) As of October 28, 2019, Plaintiff has not filed an amended complaint. As such, the court now **DISMISSES, WITH PREJUDICE,** all of Plaintiff's causes of action against Defendants. The court therefore instructs the clerk of courts to **TERMINATE** the case.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge

Dated: November 12, 2019